[No. 23554-4-II.    Division Two.    June 18, 1999.]

*In the Matter of the Marriage of* RENAE C. NELSON, *Respondent*, and GERALD T. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-00404-6, Arthur W. Verharen, J., entered July 10, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 23662-1-II.    Division Two.    June 18, 1999.]

*In the Matter of the Estate of* ALICE KITTS.

LISA KALLIO, ET AL., *Respondents*, v. FRANK ABBOTT, *as Personal Representative, Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-4-00639-1, Kenneth D. Williams, J., entered August 5, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 23732-6-II.    Division Two.    June 18, 1999.]

BENJAMIN R. COOPER, ET AL., *Respondents*, v. THE CITY OF BREMERTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-2-00415-2, Frederick W. Fleming, J., entered August 25, 1998. *Reversed* by unpublished opinion per Bridgewater, C.J., concurred in by Armstrong and Hunt, JJ.

[No. 23999-0-II.    Division Two.    June 18, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LAGERVALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-8-02720-4, Bruce W. Cohoe, J., entered October 27, 1998. *Reversed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.